IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,

    Plaintiff,                    No. CIV S-06-0414 FCD PAN PS

    vs.

DEPUTY ROBINSON BADGE # 813,        ORDER
DEPUTY BRITTON BADGE # 440,
DEPUTY KEYSER BADGE # 227,
DEPUTY ORTH BADGE # 1035,
DEPUTY ROQUE BADGE # 1351,

    Defendants.
_____/

    Plaintiff is proceeding pro se in this civil rights action challenging the conditions of his temporary jail confinement and requests authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

    Plaintiff has submitted the affidavit required by § 1915(a) showing that he is unable to prepay fees and costs or give security thereof. Plaintiff states that he is unemployed and receives disability payments of $634.90 per month, that he has no savings or assets, and no dependents. Accordingly, the request to proceed in forma pauperis is granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 28, 2006 request to proceed in forma pauperis is granted.

2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed February 28, 2006.

3. Within thirty (30) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each defendant named in the complaint; and

    c. Six (6) copies of the endorsed complaint filed February 28, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: March 30, 2006.

UNITED STATES MAGISTRATE JUDGE

alva0414.ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,

    Plaintiff,

vs.

DEPUTY ROBINSON BADGE # 813,
DEPUTY BRITTON BADGE # 440,
DEPUTY KEYSER BADGE # 227,
DEPUTY ORTH BADGE # 1035,
DEPUTY ROQUE BADGE # 1351,

    Defendants.
_____/

No. CIV S-06-0414 FCD PAN PS

<u>NOTICE OF SUBMISSION
OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form

    ____ completed USM-285 forms

    ____ copies of the complaint

DATED:

                                                                   _____
                                                                   Plaintiff