

**FILED**

JUN 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,

    Plaintiff,

vs.

DEPUTY ROBINSON, BADGE #813, et al.,

    Defendants.

_____/

No. CIV S-06-0414 FCD PAN (GGH) PS

<u>ORDER AND ORDER DIRECTING SERVICE</u>

<u>BY THE UNITED STATES MARSHAL</u>

<u>WITHOUT PREPAYMENT OF COSTS</u>

    Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. The court previously ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance. Plaintiff has filed the required papers. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to forward the instructions for service of process, the completed summons, copies of the complaint and copies of this order to the United States Marshal.

    2. Within ten days from the date of this order, the United States Marshal is directed to notify defendants Robinson, Britton, Keyser, Orth and Roque of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ.

1  P. 4(d) and 28 U.S.C. § 566(c).

2      3. The U.S. Marshal is directed to retain the summons and a copy of the
3  complaint in their file for future use.

4      4. The United States Marshal shall file returned waivers of service as well as any
5  requests for waivers of service that are returned as undelivered as soon as they are received.

6      5. If a waiver of service is not returned by a defendant within forty-five days from
7  the date of mailing the request for waiver, the United States Marshal shall:

8          a. Personally serve process and a copy of this order upon the defendant
9          pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.
10         § 566(c).
11         b. Within ten days after personal service is effected, the United States
12         Marshal shall file the return of service for the defendant, along with
13         evidence of any attempts to secure a waiver of service of process and of
14         the costs subsequently incurred in effecting service on said defendant.
15         Said costs shall be enumerated on the USM-285 form and shall include the
16         costs incurred by the Marshal's office for photocopying additional copies
17         of the summons and complaint and for preparing new USM-285 forms, if
18         required. Costs of service will be taxed against the personally served
19         defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

20     6. Defendants shall reply to the complaint within the time provided by the
21 applicable provisions of Fed. R. Civ. P. 12(a).

22     7. Each party shall keep the court apprised of a current address at all times while
23 the action is pending. Any change of address must be reported promptly to the court in a separate
24 document captioned for this case and entitled "Notice of Change of Address." A notice of
25 change of address must be properly served on other parties. Pursuant to Local Rule 83-182(d),
26 service of documents at the record address of a party is fully effective. Failure to apprise the

1 court of a change of address may result in the imposition of sanctions, which may include
2 dismissal of the action.
3     8. The failure of any party to comply with this order, the Federal Rules of Civil
4 Procedure, or the Local Rules of Court, may result in the imposition of sanctions including, but
5 not limited to, dismissal of the action or entry of default.
6 DATED: 6/26/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

9 alvarez414.serve