IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,

       Plaintiff,                    No. CIV S-06-0414 FCD EFB PS

  vs.

DEPUTY ROBINSON, et al.,

       Defendants.           <u>ORDER</u>

_____/

       This case, in which plaintiff is proceeding *in propria person*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On January 29, 2007, the district judge adopted this court's findings and recommendations that defendants' amended motion to dismiss be denied. On February 5, 2007, defendants filed an answer to the complaint. The parties are hereby directed to file, within thirty days of the filing date of this order, a joint status report briefly describing the case and addressing the following:

              (a) Service of process;

              (b) Possible joinder of additional parties;

              (c) Expected or desired amendment of pleadings;

              (d) Jurisdiction and venue;

              (e) Anticipated motions and their scheduling;

    (f) The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    (g) Cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

    (h) Special procedures, if any;

    (I) Estimated trial time;

    (j) Modification of standard pretrial procedures due to the simplicity or complexity of the proceedings;

    (k) Whether the case is related to any other case, including bankruptcy;

    (l) Whether a settlement conference should be scheduled;

    (m) Any other matters that may add to the just and expeditious disposition of this matter.

  If the parties are unable to file a joint status report, they shall each submit individual status reports. Upon reviewing the joint status report(s), the court may issue a scheduling order or set a status conference.

  IT IS SO ORDERED.

DATED: March 19, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE