JONATHAN B. PAUL (SBN 215884)
JESSE M. RIVERA (SBN 84259)
SHANAN L. HEWITT (SBN 200168)
MORENO & RIVERA
1451 River Park Drive, Suite 145
Sacramento, CA  95815
Telephone:  (916) 922-1200

Attorneys for Defendants,
DEPUTY ROBINSON, DEPUTY BRITTON,
DEPUTY ORTH, DEPUTY ROQUE and
SGT. KEYSER

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA ALVAREZ,<br><br>  Plaintiff,<br><br>vs.<br><br>DEPUTY ROBINSON, et al.<br><br>  Defendants.      / | CASE NO.;   CIV.S-06-0414 FCD EFB PS<br><br>**ORDER ON EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER** |

GOOD CAUSE appearing,

   IT IS HEREBY ORDERED THAT the scheduling order in this matter is modified as follows:

   1.   The parties may conduct discovery until December 17, 2007.  Motions to compel discovery are to be noticed to be heard by November 16, 2007, as more specifically described in the Court's order of May 23, 2007.

   2.   All pretrial motions, except motions to compel discovery, shall be completed as described in the Court's order of May 23, 2007, on or before December 17, 2007.

 Dated: September 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order on Ex Parte Application for Modification of the Scheduling Order